ACCEPTED
03-14-00801-CV
4662058
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 4:12:52 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00801-CV

## IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 4:12:52 PM
JEFFREY D. KYLE
Clerk

_____

**THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF TEXAS AT DALLAS**
*Appellants,*
v.

**KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**
*Appellee,*
v.

**MARILYN CAMERON**
*Intervenor/Appellee.*

_____

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-11-001923
The Honorable Stephen Yelenosky, Judge Presiding

_____

## JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

TO THE HONORABLE JUSTICES:

Come now, appellants, the University of Texas System and the University of Texas at Dallas, and appellee, Ken Paxton, Attorney General of the State of Texas, and file this Joint Motion for Extension of Briefing Deadlines, and in support thereof would respectfully show the Court as follows:

The current briefing schedule sets the due date for appellants' brief as Monday, March 30, 2015, and the due date for the brief of the appellee's as Wednesday, April 29, 2015.

Appellants and appellee jointly request that these deadlines be extended as follows:

    a.  Appellants' brief would be due Tuesday, May 5, 2015;

    b.  Appellee's brief would be due Tuesday, June 2, 2015; and

    c.  Appellants' reply brief would be due Tuesday, June 16, 2015.

The parties respectfully request that the Court grant this request, to allow counsel adequate time to brief the relevant issues, taking into account each counsel's schedule in addressing other litigation deadlines.

Appellants have received one previous 30-day extension. This motion is appellee's first request for an extension in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

*/s/ H. Melissa Mather*_____
H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General

Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
Phone:  (512) 475-2540
Fax:      (512) 477-2348
melissa.mather@texasattorneygeneral.gov
**Attorney for Appellants**

*/s/ Kimberly L. Fuchs*_____
Kimberly L. Fuchs
State Bar No. 24044140
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone:  (512) 475-4195
Fax:      (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov
**Attorney for Appellee**

## CERTIFICATE OF CONFERENCE

Ms. Mather and Ms. Fuchs have conferred with Intervenor/Appellee, Ms. Cameron, and she is opposed to this extension.

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, a true and correct copy of *Joint Motion for Extension of Briefing Deadlines* was served via e-service and/or e-mail, to the following:

Marilyn Cameron
18222 Outback Lakes Trail
Humble, Texas 77346
mizcameron@yahoo.com
*Intervenor/Appellee*

*/s/ H. Melissa Mather*_____
H. Melissa Mather